

**SO ORDERED.**

Dated: December 02, 2010

_____
REDFIELD T. BAUM, SR
U.S. Bankruptcy Judge

**Jackson D. Moll (026556)**
**HAINES, KRIEGER & BALDWIN, PLLC**
**15111 North Pima Road, Suite 130**
**Scottsdale, Arizona 85260**
**Tel: (480) 969-3300**
**Fax: (480) 969-3533**
**Email: jmoll@hkblawgroup.com**

**Attorneys for Debtor**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| TERRY WAYNE HOLIEN, SSN: xxx-xx-4448, | Case No. 2:10-bk-16075-RTB |
| and | **ORDER GRANTING DEBTORS' MOTION TO APPROVE LOAN MODIFICATION AGREEMENT** |
| PATRICIA J HOLIEN, SSN: xxx-xx-9112 | |
| 3101 E HILLERY DR PHOENIX AZ 85032 | |
| Debtors. | |

THIS MATTER having come before the Court on the Debtors' Motion to Approve Loan Modification Agreement on November 2, 2010; good cause appearing and the Court having considered same; it is hereby

**ORDERED** that Debtors' Motion to Approve Loan Modification Agreement is granted in accordance with the following terms:

(a) Any past due amounts, including unpaid interest, real estate taxes, insurance premiums and certain assessments paid on the Debtor's behalf to a third party shall be added to the mortgage loan balance.

(b) The interest rate shall be adjusted to 5.000% from 6.000%.

(c) The monthly mortgage payment shall be reduced to $1,654.32 from $1,773.51.

**ORDER SIGNED ABOVE**